(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO.

**06-01121**

Michael Blount ......................, *Plaintiff(s)*

v.

Town of Stoughton, Manuel Cachopa, and
Christopher Ciampa ......................, *Defendant(s)*

Town of Stoughton
10 Pearl Street         **SUMMONS**
Stoughton, MA

To the above-named Defendant:

You are hereby summoned and required to serve upon Leslie B. Greer, plaintiff's attorney, whose address is 875 Massachusetts Avenue -Ste. 31, Cambridge, MA 02139, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, BARBARA J. ROUSE, Esquire, ~~SUZANNE V. DELVECCHIO, Esquire~~, at Dedham, MA the 5th day of July, in the year of our Lord two thousand and six.

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .................................., 20      , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

............................................................................................................................

............................................................................................................................

............................................................................................................................

Dated:                       , 20          ............................................................................

**N. B. TO PROCESS SERVER:-**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN**
**THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON**

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 3, 2006

I hereby certify and return that on 8/1/2006 at 10:40AM I served a true and attested copy of the summons and complaint, Tracking Order in this action in the following manner: To wit, by delivering in hand to Paul Dawson, Town Clerk, person in charge at the time of service for Town of Stoughton, at 10 Pearl Street, Stoughton, MA 02072. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($7.04) Total Charges $47.54

Deputy Sheriff William H. Mullane                                     *Deputy Sheriff*

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO. ................
................, *Plaintiff*
v.
................, *Defendant*
SUMMONS
(Mass. R. Civ. P.4)

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                                SUPERIOR COURT
                                                            CIVIL ACTION

                                                            NO.
                                                            06-0111

Michael Blount
............................................., Plaintiff(s)

v.

Town of Stoughton, Manuel Cachopa, and
Christopher Ciampa
............................................., Defendant(s)

Christopher Ciampa
36 Duggan Street                **SUMMONS**
Stoughton, MA

To the above-named Defendant:

You are hereby summoned and required to serve upon Leslie B. Greer, 875 Massachusetts Avenue -Ste. 31, plaintiff's attorney, whose address is Cambridge, MA 02139 ..., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

BARBARA J. ROUSE, Esquire

WITNESS, ~~SUZANNE V. DELVECCHIO, Esquire~~, at Dedham, MA the 5th day of July, in the year of our Lord two thousand and ... six

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 3, 2006

I hereby certify and return that on 8/1/2006 at 10:31AM I served a true and attested copy of the summons and complaint, Tracking Order in this action in the following manner: To wit, by leaving at the last and usual place of abode of Christopher Ciampa, 36 Duggan Street Stoughton MA 02072 . Basic Service Fee ($20.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($7.04) Total Charges $37.54

Deputy Sheriff William H. Mullane

*/s/ William H. Mullane*
Deputy Sheriff

**N. B.   TO PROCESS SERVER:-**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

, 20     .

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO.

..............., Plaintiff
v.
..............., Defendant

SUMMONS
(Mass. R. Civ. P.4)

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.   SUPERIOR COURT
CIVIL ACTION

NO.

06-01121

Michael Blount
..........................................................., *Plaintiff(s)*

v.

Town of Stoughton, Manuel Cachopa, and
Christopher Ciampa
..........................................................., *Defendant(s)*

Manuel Cachopa
100 Columbus Avenue        **SUMMONS**
Stoughton, MA

To the above-named Defendant:

You are hereby summoned and required to serve upon ...Leslie B. Greer...,
875 Massachusetts Avenue -Ste. 31
plaintiff's attorney, whose address is **Cambridge, MA 02139**     ...., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action. BARBARA J. ROUSE, Esquire

WITNESS, ~~SUZANNE V. DELVECCHIO, Esquire~~, at ...Dedham, MA... the ......5th......

day of ............ July ..............., in the year of our Lord two thousand and ........six................

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33



Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

August 3, 2006

I hereby certify and return that on 8/1/2006 at 10:50AM I served a true and attested copy of the summons and complaint, Tracking Order in this action in the following manner: To wit, by leaving at the last and usual place of abode of Manuel Cachopa, 100 Columbus Avenue Stoughton MA 02072 . Basic Service Fee ($20.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($7.04) Total Charges $37.54

Deputy Sheriff William H. Mullane

*Deputy Sheriff*

**N. B.   TO PROCESS SERVER:-**
   PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN
   THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON
   DEFENDANT.

, 20   .

COMMONWEALTH OF MASSACHUSETTS
NORFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO.
.........., *Plaintiff*
v.
.........., *Defendant*
SUMMONS
(Mass. R. Civ. P.4)