# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MICHAEL BLOUNT
_____
Plaintiff(s)

V.

TOWN OF STOUGHTON, ET AL
_____
Defendant(s)

CIVIL ACTION
NO. 06-11504-NG

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE GERTNER

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On SEPTEMBER 18, 2009 I held the following ADR proceeding:

☐ SCREENING CONFERENCE  ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION  ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL  ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a **__ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☑ Suggested strategy to facilitate settlement:

CASE SETTLED, NO NEED FOR TRIAL. HOWEVER, SETTLEMENT REQUIRES APPROVAL AND ISSUANCE OF A JUDGMENT PERTAINING TO SETTLEMENT AGREEMENT.

SEPT. 25, 2009
DATE

LEO T. SOROKIN, U.S.M.J.
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)