UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 06-11504-NG

MICHAEL BLOUNT,

Plaintiff

v.

TOWN OF STOUGHTON, MANUEL CACHOPA, AND CHRISTOPHER CIAMPA,

Defendants

## AGREEMENT FOR JUDGMENT

The Plaintiff Michael Blount ("Blount"), and the Town of Stoughton ("Town") [collectively referred to as the "Parties"] have reached a settlement in the above-captioned matter, which Settlement Agreement and Release is attached hereto as Exhibit A. Recognizing that there has been no adjudication of liability on the part of any defendant, the Town has nonetheless agreed to assign Blount to the day (8 am – 4 pm) shift effective October 1, 2009 as part of the resolution of this matter. The parties agree that this is a remedy that the court could have awarded if Blount prevailed after a full trial on the merits. Indeed, it is undisputed that immediately prior to December 4, 2004, Blount was assigned to the day shift, at which time he was switched to the "graveyard" (12 pm – 8 am) shift. It is also undisputed that since that time, Blount has requested to be returned to the day shift.

The Parties respectfully request that this Honorable Court adopt and endorse the Settlement Agreement and Release entered into by the Parties as a consent judgment by the

Parties. The Parties further request that any claims against Defendants Ciampa and Cachopa be dismissed with prejudice. For the Court's convenience, a proposed judgment is attached hereto as Exhibit B.

| PLAINTIFF | DEFENDANT |
|---|---|
| MICHAEL BLOUNT, | TOWN OF STOUGHTON, |
| By his attorney, | By its attorneys, |
| /s/ Leslie B. Greer | /s/Michele E. Randazzo |
| Leslie B. Greer | Michele E. Randazzo (BBO# 564906) |
| 875 Massachusetts Avenue | Jackie Cowin (BBO# 655880) |
| Suite 31 | Kopelman and Paige, P.C. |
| Cambridge, MA 02139 | 101 Arch Street |
| 617-354-8375 | Boston, MA 02110 |
| lbgatt@earthlink.net | (617) 556-0007 |
| | mrandazzo@k-plaw.com |
| | jcowin@k-plaw.com |

DEFENDANTS
MANUEL CACHOPA
AND CHRISTOPHER CIAMPA,

By their attorneys,

/s/ Stephen C. Pfaff
Stephen C. Pfaff
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110
617-439-0305
spfaff@lccp.com.

383592/METG/0641