UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 06-11504-NG

MICHAEL BLOUNT,

Plaintiff

v.

TOWN OF STOUGHTON, MANUEL CACHOPA, AND CHRISTOPHER CIAMPA,

Defendants

## CONSENT JUDGMENT

The Plaintiff Michael Blount ("Blount"), and the Defendant Town of Stoughton ("Town") [collectively referred to as the "Parties"], by their respective attorneys, have consented to the entry of this Consent Judgment without trial or final adjudication of any issue of fact or law. This Consent Judgment shall not be evidence against or an admission by any party with respect to any issue of fact or law, and the Town has denied any wrongdoing or violation of law. Therefore, before the taking of any trial testimony and without trial or final adjudication of any pending issue of fact or law herein, and upon consent of the parties, it is hereby

ORDERED, ADJUDGED and DECREED, as follows:

1. Effective October 1, 2009, plaintiff shall be assigned to the so-called "day" shift (8 am – 4 pm). He shall be assigned to the day shift until December 31,

2010, unless he asks for and receives an alternative assignment.

2. Thereafter, his shift assignment shall be governed by the terms and conditions of the parties' Settlement Agreement and Release, attached as Exhibit A.

3. All other terms and conditions of the parties' Settlement Agreement and Release are as set forth in Exhibit A, and adopted and endorsed by this Court.

4. All claims against Defendants Ciampa and Cachopa are hereby dismissed with prejudice.

SO ORDERED:

_____ Gertner, J.

383639/METG/0641